



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHARLES WILLIAM RANDLES, Appellant

No. 05-91-01505-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 283rd District Court of Dallas County, Texas. (Tr.Ct.No. F87-70227-T).

Opinion delivered per curiam before Chief Justice Thomas and Justices Maloney and Hankinson.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered November 20, 1996.

DEBORAH G. HANKINSON
JUSTICE



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-91-01505-CR

**CHARLES WILLIAM RANDLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 283rd District Court
Dallas County, Texas
Trial Court Cause No. F87-70227-T

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Maloney and Hankinson

Charles William Randles appeals his conviction for unlawful possession of cocaine.

Punishment was assessed at eight years in prison.

On August 23, 1996, we ordered the trial court to conduct a hearing to determine

whether appellant desired to pursue his appeal, and if so, to determine whether appellant

was indigent and entitled to appointed counsel.

On October 28, 1996, we received the supplemental transcript containing the trial

court's findings of fact and recommendations. The trial court found that appellant was served notice of the hearing by serving him at 701 Cherry Lane in White Settlement, but appellant did not appear at the hearing. Based on appellant's failure to appear, the trial court concluded appellant no longer wishes to pursue his appeal and recommended dismissing the appeal.

The supplemental transcript also contains the affidavit of Regina Grimes, assistant general counsel for the Legal Affairs Division for the Parole Division of the Texas Department of Criminal Justice. Ms. Grimes stated that appellant was declared an absconder and a prerevocation warrant was issued for his arrest on August 26, 1996.

We adopt the trial court's determination that appellant no longer desires to pursue his appeal. Because no brief has been filed, no contentions of error are properly before us for review.[1] Our examination of the record does not disclose any fundamental error.

We affirm the trial court's judgment.

PER CURIAM

Do Not Publish
Tex. R. App. P. 90
911505F.U05

---

[1] Appellant's retained counsel Ross Teter filed an *Anders* brief asserting the appeal was frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967). The Court, however, struck the brief on July 30, 1996 because the procedural safeguards of *Anders* apply to counsel appointed to represent an indigent appellant, not to retained attorneys. *See Jeffery v. State*, 903 S.W.2d 776, 779 (Tex. App.--Dallas 1995, no pet.).